FILED
JAMES J. VILT, JR. - CLERK

JAN 2 2 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

4:24MJ-2-HBB

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Charles M. Popham, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been so employed since August 2019. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the ATF National Academy's Special Agent Basic Training Program. I am authorized by federal law to enforce the laws of the United States, including offenses under 18 U.S.C. § 922.

2. Prior to my employment at ATF, I was a police officer/detective with the Louisville Metro Police Department (LMPD) for nine (9) years. During my employment with LMPD, I was a member of Louisville Metro Intelligence (LMINTEL) Federal Task Force where I investigated numerous state and federal crimes throughout prosecution. I possess a Bachelor's Degree in Justice Administration from the University of Louisville. During my career I have conducted and/or participated in numerous federal and state investigations relating to narcotics and firearms violations.

3. The information contained in this affidavit is based on my personal knowledge and experience, and information provided by other law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of violations of 18 U.S.C. § 922(a)(6), 18 U.S.C. § 922(g)(1), and 18 U.S.C. § 922(n) exists by Ronald Joseph PHILPOT.

## PROBABLE CAUSE

4. The Federal Bureau of Investigation (FBI) forwarded a delayed firearm retrieval to the ATF Louisville Field Division, Bowling Green Field Office, based on the prohibiting factors that Ronald Joseph PHILPOT (W/M, DOB: 2/23/1973, SSN: 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) was a multiple-time convicted felon and that he was currently under indictment for crimes punishable by imprisonment for a term exceeding one year.

5. On January 3, 2024, PHILPOT attempted to purchase a Taurus 9mm semi-automatic pistol, model G2C, with serial number TLZ60326 from Bullets Pawn Shop at 301 East 18th Street, in Daviess County, Owensboro, KY. The firearm transfer was delayed through the National Instant Criminal Background Check System (NICS) for further research. After waiting at least the required three (3) business day waiting period, on January 9, 2024, PHILPOT returned to Bullets Pawn Shop to retrieve the firearm. On January 11, 2024, FBI NICS responded that PHILPOT was "Denied" and referred the case to ATF.

6. Affiant was assigned the investigation into the firearms transaction. Upon initial review of PHILPOT's criminal history, it was determined that PHILPOT has multiple felony convictions in Ohio County (KY) Circuit Court, to include: 18-CR-00015, 15-CR-00023, 06-CR-00028, 89-CR-00037. It was also determined that PHILPOT is currently under indictment in Daviess County (KY) Circuit Court for crimes punishable by imprisonment for terms exceeding one year, to include: 21-CR-00162 (Criminal Mischief, 1st Degree, Resisting Arrest, Disorderly Conduct) and 21-CR-00205 (Possession of a Controlled Substance, 1st Degree, Methamphetamine).

7. Upon review of the ATF Form 4473, it was further determined that PHILPOT answered multiple questions untruthfully in relation to the criminal background check. Question 21c asked "Are you under indictment or information in any court for a felony, or any other crime for which the judge could imprison you for more than one year…?", to which PHILPOT answered "No". Question 21d asked "Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?", to which PHILPOT answered "No".

8. On January 16, 2024, affiant contacted PHILPOT via telephone. Affiant asked PHILPOT about the aforementioned firearm that he had purchased from Bullets Pawn Shop. PHILPOT advised that he had purchased the firearm and was still in possession of it. Affiant advised PHILPOT that he is prohibited from possessing a firearm due to having multiple felony convictions and for currently being under felony indictments. PHILPOT acknowledged the convictions and pending cases. Affiant directed PHILPOT to return the firearm to Bullets Pawn Shop. PHILPOT advised he would return the firearm on the morning of January 17 once the pawn shop opened and would fax affiant the receipt of return.

9. On January 17, 2024, affiant made multiple attempts to contact PHILPOT via telephone with negative results. Affiant contacted Bullets Pawn Shop and verified that PHILPOT had not returned the firearm. After speaking with the pawn shop, affiant was informed that Owensboro Police Department (OPD) Detective Troy Couch was also investigating PHILPOT for state charges in relation to the firearm transaction.

10. On January 18, 2024, Detective Couch obtained a state search warrant for PHILPOT's residence, 1001 West Parrish Avenue, Apartment #23, in Daviess County, Owensboro, KY in relation to the investigation. PHILPOT was present at the residence when officers executed the search warrant. Upon search of the residence, officers recovered the loaded Taurus 9mm semi-automatic pistol, model G2C, with serial number TLZ60326 that PHILPOT had purchased from Bullets Pawn Shop, as well as a box of 9mm ammunition. PHILPOT was arrested on state charges of Fraudulent Firearm Transaction and Possession of a Handgun by a Convicted Felon and was booked into the Daviess County Detention Center.

11. Affiant spoke with ATF Special Agent (SA) Bradley Brown, an Interstate Nexus Expert, regarding the Taurus handgun recovered from PHILPOT. SA Brown advised that

the firearm was not manufactured in the Commonwealth of Kentucky and therefore traveled in interstate commerce.

## CONCLUSION

12.     I state that the evidence as outlined above establishes probable cause to believe that PHILPOT, a convicted felon prohibited from possessing firearms and currently under indictment for crimes punishable by imprisonment for terms exceeding one year, made false statements during the purchase of a firearm, and possessed a firearm, in violation of Title 18 United States Code, Section 922(a)(6), 922(g)(1), and 922(n).

CHARLES POPHAM
Digitally signed by CHARLES POPHAM
Date: 2024.01.22 10:59:27 -06'00'

Charles M. Popham, Special Agent
United States Department of Justice
Bureau of Alcohol, Tobacco, Firearms & Explosives

Subscribed and sworn pursuant to Rule 4.1 on this the 22 of Jan., 2024.

H. Brent Brennenstuhl
United States Magistrate Judge

AUSA: R. Nicholas Rabold

Page 3 of 3